PROB 12C
(6/16)

Report Date: June 15, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Daniels         Case Number: 0980 2:19CR00066-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 9, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 12, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 11, 2026 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Daniels violated the above-stated condition of supervision by consuming marijuana, an illegal controlled substance, on or about June 5, 2021. Additionally, Mr. Daniels verbally admitted to marijuana consumption to the undersigned officer. |
| | On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must refrain from the use of illegal controlled substances. |
| 2 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged that Mr. Daniels violated the above-stated condition of supervision by leaving the Eastern District of Washington without permission of the Court |

Prob12C
Re: Daniels, William J.
June 15, 2021
Page 2

or his probation officer. The undersigned officer received a call from Mr. Daniels' brother who informed me that Mr. Daniels' has been on the Coeur d'Alene Indian Reservation in Plummer, Idaho, since June 10, 2021.

On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he shall not leave the judicial district without the permission of the Court or probation officer.

| | |
|---|---|
| 3 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Daniels violated the above-stated condition of supervision by consuming alcohol, on or about June 5, 2021. Additionally, Mr. Daniels verbally admitted to alcohol consumption to the undersigned officer.<br><br>On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must abstain from alcohol consumption. |
| 4 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Daniels violated the above-stated condition of supervision by consuming alcohol, on or about June 10, 2021. The undersigned officer received a call from Mr. Daniels' brother who informed the undersigned that Mr. Daniels had been consuming alcohol to the point of intoxication at a local convenient store on the Coeur d'Alene Indian Reservation in Plummer, Idaho.<br><br>On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must abstain from alcohol consumption. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 15, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Daniels, William J.**
**June 15, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Thomas O. Rice
United States District Judge

June 15, 2021
Date