PROB 12C
(6/16)

Report Date: September 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William J. Daniels | Case Number: 0980 2:19CR00066-TOR-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 9, 2019

Original Offense:    Failure to Update Sex Offender Registration, 18 U.S.C. § 2250(a)

| | |
|---|---|
| Original Sentence:    Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:    Timothy J. Ohms | Date Supervision Commenced: January 12, 2021 |
| Defense Attorney:     Lorinda Meier Youngcourt | Date Supervision Expires: January 11, 2026 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/15/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

5     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that William Daniels violated the above-stated condition of supervision by leaving his approved residence for more than 72 hours, which is a violation of the Lincoln House protocols. The undersigned officer communicated with the owner of the Lincoln House and learned Mr. Daniels was last seen on September 17, 2021, and has not returned to the house since, nor can he be reached. At this time, Mr. Daniels' location is unknown.

On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must notify the probation officer of a change or expected change to his living arraignments.

Prob12C
Re: Daniels, William J
September 23, 2021
Page 2

| | | |
|---|---|---|
| 6 | | **Special Condition #3**: You must undergo periodic substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that William Daniels violated the above-stated condition of supervision by failing to report for scheduled assessment with Pioneer Human Services on September 22, 2021. The undersigned officer communicated with counselors and learned Mr. Daniels' failed to report as directed and attempts to communicate with him were unsuccessful.

On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all condition ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must participate in recommended aftercare programs.

7    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that William Daniels violated the above-stated condition of supervision by failing to report for a scheduled urinalysis (UA) testing on September 20, 2021. This was confirmed by Pioneer Human Services UA attendance roster.

On March 5, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must submit to urinalysis testing as directed by the supervising officer.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/23/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Daniels, William J
September 23, 2021
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Thomas O. Rice
United States District Judge

_September 23, 2021_____
Date