PROB 12C
(6/16)

Report Date: January 6, 2022

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Daniels          Case Number: 0980 2:19CR00066-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 9, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Update Sex Offender Registration, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 20, 2021) | Prison - 4 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: December 18, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: August 17, 2024 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to comply with the sex offender registration requirements of the Spokane County Sheriff's Office (SCSO). Specifically referencing the condition for him to check in at the Public Safety Building weekly due to his transient status. On January 5, 2021, the undersigned officer communicated with the SCSO sex offense registration coordinator and learned the offender has not checked in with them since his release on December 21, 2021.

On December 21, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising probation officer that he must comply with the SCSO sex offender registration requirements as directed by the probation officer.

Prob12C
**Re: Daniels, William J**
**January 6, 2022**
**Page 2**

| | |
|---|---|
| 2 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to notify the undersigned of his contact with the Spokane Police Department (SPD) on January 1, 2022.

According to the SPD dispatch events for incident number 2022-20000336, Mr. Daniels was contacted by local law enforcement officers on January 1, 2022. Officers responded to a local restaurant where Mr. Daniels was intoxicated, drinking a bottle of vodka, and refusing to leave the property when asked by staff. The officers were eventually successful in getting Mr. Daniels to leave on his own accord and the restaurant declined to have him trespassed from their business.

On December 21, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must notify the probation officer within 72 hours after being arrested or questioned by law enforcement.

| | |
|---|---|
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated conditions of supervision by failing to contact the mental health treatment provider for an evaluation as directed by the undersigned officer on December 21, 2021.

On January 5, 2022, the undersigned officer established communication with the mental health provider and learned Mr. Daniels had not called, set up an appointment, or left messages regarding his mental health evaluation.

On December 21, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must follow the instructions of the probation officer related to the conditions of supervision.

| | |
|---|---|
| 4 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to report for a chemical dependency evaluation as directed by the undersigned officer on December 21, 2021.

On January 4, 2022, the undersigned officer established communication with the chemical dependency counselor and learned Mr. Daniels had failed to report for his scheduled evaluation on both January 3 and January 4, 2022.

Prob12C
**Re: Daniels, William J**
**January 6, 2022**
Page 3

> On December 21, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must undergo a substance abuse evaluation.

5     **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

> **Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by consuming alcohol on January 1, 2022.
>
> According to the SPD dispatch events for incident number 2022-20000336, Mr. Daniels was contacted by local law enforcement officers on January 1, 2022. Officers responded to a local restaurant requesting assistance where Mr. Daniels was intoxicated, drinking a bottle of vodka, and refusing to leave the property when asked by staff.
>
> On December 21, 2021, Mr. Daniels signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Daniels was made aware by his supervising officer that he must abstain from the consumption of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/06/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

January 6, 2022
Date