PROB 12C
(6/16)

Report Date: June 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Daniels                                       Case Number: 0980 2:19CR00066-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 9, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Update Sex Offender Registration, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/20/2021) | Prison - 4 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: December 18, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: August 17, 2024 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/06/2022.

On December 21, 2021, the undersigned officer reviewed a copy of th conditions of supervision with Mr. Daniels as outlined in the judgment and sentence. Mr. Daniels signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**:  It is alleged that Mr. Daniels violated the above-stated condition of supervision by consuming methamphetamine and marijuana, both illegal controlled substances, on or about May 29, and June 3 through June 8, 2022. Mr. Daniels verbally admitted to methamphetamine and marijuana consumption to the undersigned officer and signed a written admission form. Furthermore, Mr. Daniels provided a random urine sample which tested presumptive positive for these controlled substances on June 8, 2022. |

Prob12C
**Re: Daniels, William J.**
**June 9, 2022**
**Page 2**

| | |
|---|---|
| 7 | **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to comply with the sex offender registration requirements of the Spokane County Sheriff's Office (SCSO). Specifically referencing the condition for him to check in at the Public Safety Building weekly due to his transient status. On June 9, 2022, the undersigned officer communicated with the SCSO sex offense registration coordinator and learned the offender has not checked in with them since he vacated his residence on May 27, 2022.

| | |
|---|---|
| 8 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by leaving the Eastern District of Washington without permission. The undersigned officer questioned Mr. Daniels regarding his whereabouts and was informed he was in Seattle, Washington, from June 2, through June 7, 2022.

| | |
|---|---|
| 9 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by leaving his approved residence on May 27, 2022. On June 7, 2022, the undersigned officer communicated with the tenants of the Reaching Out Advocating Recovery (ROAR) clean and sober housing and confirmed Mr. Daniels was last seen on or about May 27, 2022, and had not returned to the house since, nor could he be reached. At this time, Mr. Daniels is no longer living at his approved address.

| | |
|---|---|
| 10 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to notify the undersigned of his contact with the Spokane County Sheriff Office (SCSO) on May 27, 2022, and Spokane Police Department (SPD) and May 29, 2022.

According to the SCSO incident report #2022-10065438, Mr. Daniels was contacted by local law enforcement officers who responded to a death investigation. Mr. Daniels was with an acquaintance when they located a deceased family member. Mr. Daniels failed to report this law enforcement contact.

Prob12C
**Re: Daniels, William J.**
**June 9, 2022**
Page 3

    According to SPD incident report #2022-20089760, officers were dispatched for assistance regarding an intoxicated male chasing staff, banging on cars and checking door handles at a local hotel. Officers found Mr. Daniels had fallen down an embankment near a river, was agitated and confrontational. Additional resources were called based on his aggressive behavior. Eventually, they were able to control Mr. Daniels and transport him to the hospital for further evaluation. Mr. Daniels failed to report this law enforcement contact.

11      **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by failing to report for chemical dependency appointments with Pioneer Human Services. The undersigned officer communicated with his counselors and learned Mr. Daniels had failed to report for his scheduled sessions on June 1, June 3, June 6 and June 8, 2022.

12      **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: William Daniels allegedly violated the above-stated condition of supervision by consuming alcohol on a daily basis since May 27, 2022. Mr. Daniels verbally admitted to panhandling money to support his alcohol consumption to the undersigned officer and signed a written admission form on June 8, 2022.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant and** incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/09/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Daniels, William J.**
**June 9, 2022**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Thomas O. Rice
United States District Judge

June 9, 2022
Date