PROB 12C
(6/16)

Report Date: October 23, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William J. Daniels | Case Number: 0980 2:19CR00066-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 9, 2019 | |
| Original Offense: Failure to Update Sex Offender Registration, 18 U.S.C. § 2250(a) | |
| Original Sentence: Prison - 26 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 20, 2021) | Prison - 4 months  TSR - 32 months |
| Revocation Sentence: (August 18, 2022) | Prison - 9 months  TSR - 23 months |
| Asst. U.S. Attorney: Timothy J. Ohms | Date Supervision Commenced: March 8, 2023 |
| Defense Attorney: Lorinda Youngcourt | Date Supervision Expires: February 7, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

On March 8, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Daniels as outlined in the judgment and sentence. Mr. Daniels signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Daniels allegedly violated his conditions of supervised release by using marijuana on or about October 22, 2023. |
| | On October 23, 2023, Mr. Daniels reported to the United States Probation Office as instructed. The undersigned officer inquired about his use of controlled substances over the weekend in which he shared he had used marijuana on October 22, 2023. |

Prob12C
Re: Daniels, William J
October 23, 2023
Page 2

| | | |
|---|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | |

**Supporting Evidence**: Mr. Daniels allegedly violated his conditions of supervised release by using methamphetamine on or about October 18, 2023.

On October 20, 2023, Mr. Daniels reported to the office as instructed. He provided a urine sample that tested presumptive positive for methamphetamine. Additionally, Mr. Daniels signed an admission of use form stating he used methamphetamine on October 18, 2023.

3   **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Daniels allegedly violated his conditions of supervised release by failing to comply with an emergency placement for treatment services on October 23, 2023.

On October 23, 2023, Mr. Daniels reported to the United States Probation Office. The undersigned officer was trying to accommodate Mr. Daniels' relapse and assist with getting him a bed date for treatment at the Spokane Regional Stabilization Center (SRSC). Mr. Daniels rejected these efforts by failing to comply with the request of the assessment. He began to shout, stating he was going to "stab" and "punch" the undersigned officer. Mr. Daniels stood up, balled his fists and began to approach this officer. Mr. Daniels was eventually controlled and escorted out of the United States Courthouse with the assistance of other United States probation officers.

4   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Daniels allegedly violated the above-stated condition of supervision by failing to report for random urine testing.

On October 17, 2023, Mr. Daniels was scheduled for a random urinalysis with Pioneer Human Service (PHS). Mr. Daniels failed to report during business hours on the noted date. The undersigned officer received notification from PHS staff confirming the offender's status as a no-show.

5   **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Daniels allegedly violated his conditions of supervised release by using alcohol on or about October 19, through October 23, 2023.

Prob12C
**Re: Daniels, William J**
**October 23, 2023**
Page 3

On October 20, 2023, Mr. Daniels admitted to consuming alcoholic beverages on the previous date. He reported to the United States Office and signed an admission of use form.

On October 22, 2023, the undersigned officer received communication from the housing manager with the House of Mercy where Mr. Daniels has been residing. The housing manager noted, Mr. Daniels had been drinking alcoholic beverages throughout the weekend.

On October 23, 2023, Mr. Daniels reported to the United States Probation Office and was under the influence of alcohol. He admitted to consuming approximately 1/5 of alcohol each day. Mr. Daniels was asked to provide a Breathalyzer for confirmation. Mr. Daniels failed to comply with this request. He began to shout stating he was going to "stab" and "punch" the undersigned officer. Mr. Daniels stood up, balled his fists and began to approach this officer. Mr. Daniels was eventually controlled and escorted out of the United States Courthouse with the assistance of other United States probation officers.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/2023

s/Mark. E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge
October 23, 2023
Date